IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARQUES TAVRON**                                                                                    **PLAINTIFF**
*ADC #137415*

v.                                    CASE NO. 2:24-CV-00044-BSM

**DEXTER PAYNE,** *et al.*                                                                       **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 10] is adopted. Marques Tavron's complaint is dismissed without prejudice based on his failure to state a plausible constituional claim for relief. The clerk is instructed to close this case, and it is certified that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith. In the future, this dismissal should be considered a "strike" for purposes of 28 United States Code section 1915(g).

IT IS SO ORDERED this 31st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE