IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARQUES TAVRON**  **PLAINTIFF**
*ADC #137415*

v.  CASE NO. 2:24-CV-00044-BSM

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 31st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE